**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
LIVIA G. SPRIGGS,

                Plaintiff,              24 **CIVIL** 7806 (BCM)

    -v-                           **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------------X


      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated January 24, 2025, that the Commissioner's

decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the

Commissioner of Social Security, for further administrative proceedings and a new decision

pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, Plaintiff will be offered the

opportunity for a new hearing.

**Dated:** New York, New York

      January 27, 2025


                                  **TAMMI M. HELLWIG**
                                _____
                                     **Clerk of Court**

            **BY:**        K. Mango
                                _____
                                     **Deputy Clerk**